382 A.2d 754

Commonwealth v. Purnell, Appellant.

Submitted June 13, 1977. Taylor P. Andrews, Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, and Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.